UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID TAMEZ,

        Plaintiff,

   v.

JOHN DOE,

        Defendant.

Case No. 16-cv-03824-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff David Tamez failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. He also failed to file a complaint. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Tamez may move to reopen the action. Any such motion **must** contain a complete IFP application, **or** full payment for the $400.00 filing fee. It must also include a complaint using this Court's form.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** August 16, 2016

_____
WILLIAM H. ORRICK
United States District Judge